NUMBER
13-05-723-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

_______________________________________________________

 

GENERAL STAFF SERVICES, INC.,         Appellant,

 

                                           v.

 

ALLEN
JUNEK AND LAURIE JUNEK,                            Appellees.

_______________________________________________________

 

             On appeal from the County
Court at Law No. 1 

                           of Calhoun
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, GENERAL
STAFF SERVICES, INC., perfected an appeal from a judgment entered by the County Court at Law No. 1 of Calhoun County, Texas,
in cause number 03-CV-125. 
After the record was filed and after the cause was referred to
mediation, appellant filed a motion to withdraw the appeal.  In the motion, appellant states that the
parties have executed a mediation agreement. 
Appellant requests that the appeal be withdrawn.

The Court, having
considered the documents on file and appellant=s motion to withdraw the appeal, is of the
opinion that the motion should be granted. 
Appellant=s motion to withdraw
the appeal is granted.  The appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 30th day of March, 2006.